# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **LARRY EDWARD LEWIS** | **CASE NO. 3:25-CV-01890** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **ALAN NORRIS** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

After considering the Report and Recommendation of the Magistrate Judge [Doc. No. 6], noting no written and filed objections thereto, and reviewing the record *de novo* and concurring with the findings and reasons of the Magistrate Judge under the applicable law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that the civil rights Complaint filed by *pro se* Plaintiff, Larry Edward Lewis ("Plaintiff"), pursuant to 42 U.S.C. § 1983 [Doc. No. 1] as it pertains to Plaintiff's claims, except those for injunctive and declaratory relief and any remaining state law claims, are **DISMISSED WITH PREJUDICE AS FRIVOLOUS**, for failing to state a claim for which relief may be granted, and for seeking money damages against a defendant who is immune from suit.

**IT IS FURTHER ORDERED**, **ADJUDGED**, **AND DECREED** Plaintiff's claims for injunctive and declaratory relief and any remaining state law claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Service of Process [Doc. No. 5] is **DENIED AS MOOT**.

MONROE, LOUISIANA, this 23rd day of December 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT